**Motion Denied and Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 1, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00849-CV
_____

## IN RE NOBLE DRILLING (U.S.) L.L.C. AND COTECH IRM SERVICES, INC., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-82600**

## MEMORANDUM OPINION

On November 16, 2022, relators Noble Drilling (U.S.) L.L.C. and CoTech IRM Services, Inc. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable C. Elliott Thornton, presiding judge of the 164th District Court of Harris County, to vacate the trial court's November 9, 2022

order denying relators' motion for a Rule 204.1 orthopedic physical examination of the real party in interest Jeremy Davis.

On November 17, 2022, relators filed a motion for expedited temporary relief, seeking to stay the December 12, 2022 trial setting in the underlying matter.

On November 29, 2022, the real party in interest filed a combined response in opposition to relators' motion for expedited temporary relief and to relators' petition for writ of mandamus.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. Relators' motion for expedited temporary relief to stay the trial proceedings is denied.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.